UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III, | Case No. 5:19-01188 PSG (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| XAVIER BECERRA, Attorney General, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 8, 2019

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge